**Chariese K. DeSMET, Relator,**

v.

**MINNEOTA MANOR HEALTHCARE and American Compensation Insurance/RTW, Inc., Respondents,**

**and**

**MN Department of Human Services, Intervenor.**

No. C1–97–1053.

Supreme Court of Minnesota.

Aug. 26, 1997.

DeAnna M. McCashin, Alexandria, for Chariese K. DeSmet.

Peter M. Banovetz, Minneapolis, for Minnesota Manor Health Care and American Compensation Insurance/RTW.

Kathy Sorenson, Benefit Recovery Section, Minnesota Department of Human Services, St. Paul, for Minnesota Dept. of Human Services.

**ORDER**

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed May 16, 1997, be, and the same

is, affirmed without opinion. *See* Minnesota Rules of Civil Appellate Procedure 136.01, subdivision 1(b).

BY THE COURT:

/s/ K.A. Blatz
K.A. Blatz
Associate Justice